**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Talal Bazadough,

    Petitioner,

        v.                                Case No. 1:06cv814

Jeffrey Wolfe, Warden, Noble
Correctional Institution,                      Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed December 6, 2007 (Doc. 7).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The Petition for Writ of Habeas Corpus is dismissed with prejudice; Petitioner is precluded from filing an appeal *in forma pauperis* and a certificate of appealability would not be taken in good faith and would therefore be denied. This action is closed.

    **IT IS SO ORDERED.**

                                                               *S/Michael R. Barrett*
bac       January 9, 2008                              Michael R. Barrett, Judge
                                                              United States District Court